United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 15-15459-jkf
Maglyn E Melendez                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2             Date Rcvd: Aug 26, 2016
                              Form ID: pdf900           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
```
db          +Maglyn E Melendez,    4029 Maywood Street,    Philadelphia, PA 19124-5331
13573378    +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13573379    +Ginnys/Swiss Colony Inc,    Attn: Bankruptcy,    1112 7th Ave,    Monroe, WI 53566-1364
13573380    +Jay E. Kivitz, Esquire,    KML Law Group, P.C.,    Suite 5000  BNY Independence Center,
              701 Market Street,    Philadelphia, PA 19106-1538
13573381    +Medical Data Systems I,    2120 15th Ave,    Vero Beach, FL 32960-3436
13573383    +Plains Comme,    3905 W 49th St.,    Sioux Falls, SD 57106-4206
13590910    +SANTANDER CONSUMER USA,    PO BOX 560284,    DALLAS, TX 75356-0284
13573384    +Santander Consumer Usa,    Po Box 961245,    Fort Worth, TX 76161-0244
13610943    +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13573385    +U.S. Bank, N.A., as Trustee for PHFA,    211 North Front Street,    P.O. Box 15057,
              Harrisburg, PA 17105-5057
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Aug 27 2016 02:10:05    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2016 02:08:40
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 27 2016 02:09:13    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Aug 27 2016 02:10:05    City of Philadelphia,
              Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr          +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 27 2016 02:35:55
              Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
cr          +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2016 02:00:07    PYOD LLC,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13660169    +E-mail/Text: bankruptcy@phila.gov Aug 27 2016 02:10:05
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13661763    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 27 2016 02:34:51
              Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
              Arlington, TX 76006-1347
13573382    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2016 02:08:47    Midland Funding,   8875 Aero Dr,
              San Diego, CA 92123-2255
13672461    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2016 02:01:10
              PYOD, LLC its successors and assigns as assignee,    of Plains Commerce Bank,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13630674    +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 27 2016 02:09:02    Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13674263    +E-mail/Text: blegal@phfa.org Aug 27 2016 02:08:51
              US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PA HOU,    PHFA Loan Servicing Division,
              211 North Front Street,    Harrisburg, PA 17101-1466
13573386    +E-mail/Text: bnc-bluestem@quantum3group.com Aug 27 2016 02:10:22    Webbank/fingerhut,
              6250 Ridgewood Road,    St Cloud, MN 56303-0820
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                   Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2            Date Rcvd: Aug 26, 2016
                              Form ID: pdf900           Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              RICHARD F. WEINSTEIN    on behalf of Debtor Maglyn E Melendez rfwlaw1@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAGLYN E MELENDEZ            Chapter 13

Debtor           Bankruptcy No. 15-15459-JKF

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

AND NOW, this _25th_ day of _August_, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
RICHARD F. WEINSTEIN ESQ
705 WEST HAVERFORD RD
SUITE 1
BRYN MAWR, PA 19010-

Debtor:
MAGLYN E MELENDEZ

4029 Maywood Street

Philadelphia, PA 19124-